IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH D. BOX                                                                                PLAINTIFF

v.                                    No. 4:03CV00876 GH

PULASKI CO. SPECIAL SCHOOL DISTRICT                                      DEFENDANT

## JUDGMENT

In accordance with the separate order filed this date, summary judgment is hereby granted in favor of defendant. Plaintiff, who is not proceeding as an indigent, is responsible for paying the fees and costs incurred by Austin Porter in representing her in this lawsuit pursuant to the January 26th order.

DATED this 13th day of July, 2005.

                                                                             UNITED STATES DISTRICT JUDGE